UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No. 5:06-cr-6-Oc-10GRJ

JAVIER DOMINGUEZ-RAMIREZ
_____/

**O R D E R**

Following completion of an evidentiary hearing, the United States Magistrate Judge issued a report (Doc. 52) recommending that Defendant Javier Dominguez-Ramirez's Amended Motion to Suppress Evidence (Doc. 49) be DENIED. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is adjudged that:

(1) the report and recommendation of the Magistrate Judge (Doc. 52) is adopted, confirmed and made a part hereof; and

(2) the Defendant's Amended Motion to Suppress Evidence (Doc. 49) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 8th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  United States Attorney
United States Marshal
United States Probation Office
U.S. Pretrial Services Office
Counsel of Record
Maurya McSheehy, Courtroom Deputy
Javier Dominguez-Ramirez